UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN TAYLOR COLBOURN,

        Plaintiff,

    v.

DONE, et al.,

        Defendants.

No. 2:19-cv-2308 JAM KJN P

ORDER

Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of January 29, 2020. Good cause appearing, the motion will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 28) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

Dated: April 14, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/colb2308.36sec