1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ORRIN TYLER COLBOURN,                      No.  2:19-cv-2308 JAM KJN P

12              Plaintiff,

13        v.                                    ORDER

14   DONE, et al.,

15              Defendants.

16

17        On January 25, 2021, plaintiff filed a number of documents, including grievances filed in

18   the Butte County Jail.  However, this civil rights action was closed on July 29, 2020.  Thus,

19   plaintiff should refrain from filing additional documents in this closed case.  Plaintiff is advised

20   that documents filed by plaintiff since the closing date will be disregarded and no orders will

21   issue in response to future filings.

22   Dated:  February 1, 2021

23

24                                              KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
25

     /colb2308.58
26

27

28

                                                  1